IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY BRANDON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:22-cv-01671-MJH |
| UPMC PRESBYTERIAN SHADYSIDE, | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned parties, through their attorneys, hereby file this Joint Stipulation of Dismissal with Prejudice. This matter is completely and finally dismissed with prejudice.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____
Karen Baillie, Pa. 66780
One PPG Place, Suite 1900
Pittsburgh, PA 15222
412-246-0158 (office)
412-417-1228 (cell)

Karen.baillie@ogletree.com
*Counsel for Defendant, UPMC Presbyterian Shadyside*

_____
Amy Brandon
203 Rebecca Avenue
#A6 Street
Pittsburgh, PA 15221
amyjoybrandon123@gmail.com

*PRO SE – Plaintiff*

Dated: __September 13__, 2023

It is so ORDERED this __15th__ day of __September__, 2023.

_____
Marilyn J. Horan
United States District Judge

PHDATA 8700774_1